# THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | |
| KARIM LAKHDAR | CASE NO.  24-21758-RAM |
| | CHAPTER    11 |
| Debtor. | |
| ---------------------------------------------- | |

## CREDITOR'S OBJECTION TO DEBTOR'S MOTION TO APPROVE POST-PETITION LEASE OF RESIDENTIAL REAL PROPERTY LOCATED AT 1717 N. BAYSHORE DRIVE, APR 3651, MIAMI, FLORIDA [ECF No. 61]

**COMES NOW**, Stuart R. Kalb, Trustee[1], as a Creditor of the above estate  ("Creditor"), and hereby objects to the Debtor's Motion to Approve Post Petition Lease of Residential Real Property Located at 1717 N. Bayshore Drive, Apt. 3651, Miami, Florida 33132 [ECF No. 61, the "Motion"], and states:

### Introduction

The Debtor is seeking leave of Court to enter into a new lease for residential real property. The Debtor claims that on December 17, 2024 he entered into a lease for condominium Unit 3651 located in the Grand Condominium[2] located at 1717 North Bayshore Drive, Miami, Florida ("Unit 3651").   The Debtor claims that the lease commenced on December 1, 2014, seventeen (17) days **prior** to it being executed.   The Debtor claims that he is leasing Unit 3651 for $4,000.00 per month.  (See Motion ¶ 8).   For the reasons set forth below the Creditor objects to the Motion.

---

[1] Non Bankruptcy Trustee
[2] Kalb, in his individual capacity is a Member of the Grand Condominium Association and has been its President for the past twelve (12) years.  The Debtor contacted Kalb directly via Whatsapp on December 26, 2024 and offered him a $50,000.00 payment on his claim in exchange for approving his lease application. Naturally,  Kalb declined the offer.  Additionally,  while not all leases require the approval of the Association President,  as a result of the attempted bribe and the potential conflict,, Kalb recused himself from the approval process.

**The Lease**

The record title owner of Unit 3651 is Principal Lenders Group, LLC.[3], in connection with a duly issued Subpoena for 2004 Examination, the undersigned and the Creditor met with Richard Stanton its owner and principal. At the meeting Mr. Stanton stated that in addition to the rental set forth in the lease, Mr. Lakhdar is responsible for paying the condominium fees ($1,276.97 monthly) and the real property taxes on Unit 3651, which remain unpaid for 2023 ($13,308.02) and 2024 ($11,892.74) Hence the representation in the Motion as to the amount of the lease is false. Schedule J of the Debtor's Amended Schedules filed on December 10, 2024 (after the commencement of the purported lease), lists his monthly rental expense as $3,500.00. (See ECF No. 28, Page 29). The Debtor's schedules do not list the liability for the real property taxes.

The Debtor does not list any monthly income, however, he claims his father provides him $8,000.00 per month. Interestingly, notwithstanding his sworn schedules, the Debtor claimed on his application[4] to the Grand Condominium Association that he is employed by Global Green Investments, Inc. earning $20,000.00 per month, and that he has been employed by said entity for the past five (5) years (*See* Exhibit "**A**"). However, on Part 11 of his SOFA, the Debtor states that Global Green Investments ceased operations in September 2021 when it was administratively dissolved. (*See* ECF No. 28, Page 37).

The Debtor clearly has insufficient income to carry the lease burden, his other monthly payments and to make any meaningful distribution to his creditors. Since he has not been seen at the Grand Condominium for some time, it is unclear where the Debtor actually lives (he has claimed to both the Creditor and his undersigned counsel that he resides in Morrocco). However, based upon the documents before this Court, it is pellucidly clear that either the Debtor's schedules

---

[3] The Debtor has claimed to the General Manager of the Grand Condominium Association that he is the actual owner of Unit 3651, however he transferred it to a "friendly" lender to protect it from his creditors.

[4] The application was never approved because the Debtor failed to submit the documentation required by the Association.

are false, or his lease application is false, or perhaps both.

Viewing the Motion in the light most favorable to the Debtor, the relief must be denied. If the Debtor is able to produce documents to the Association that he does in fact earn $20,000.00 per month from Global Green Investments, LLC., his Schedules, SOFA and United States Income Tax Returns are either inaccurate or fraudulent[5]. If he is unable to produce the supporting documents, the Association will be forced to deny his application as incomplete or for providing a false statement and the relief sought by the Motion would be rendered moot.

**WHEREFORE**, it is respectfully requested that Creditor's objection be sustained and the Motion be denied.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished by United States mail to all parties on the attached Service List and electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties and counsel identified on the CM/ECF service list maintained by the Court in this case on January 28, 2025 and to the following parties by electronic mail: jg@jgordonlegal.com

          Respectfully submitted,

          **RONIEL RODRIGUEZ, IV, P.A.**
          Counsel for Creditor
          12555 Biscayne Boulevard, #915,
          North Miami, FL  33181
          Phone: 305-773-4875
          Fax: 305-359-5196
          Email: Ron@RJRfirm.com
          /s/ Roniel Rodriguez, IV
          RONIEL RODRIGUEZ IV
          Fla. Bar No.: 544787

---

[5] The Debtor has produced his United States Income Tax Returns for years 2021, 2022 and 2023 all of which show that he has no income from employment.  They also claim he is single.

# EXHIBIT A

**EMPLOYMENT & BANK REFERENCES**

Employer Name: GLOBAL GREEN INVESTMENTS INC

Phone: 5619006390

How Long: 5 YEARS        Monthly Income: 20,000

Employer Name: Self Employeed

Phone: _____

How Long: _____        Monthly Income: _____

**CHARACTER REFERENCES**

Name: Othman Bargach        Phone: 95403834004

Name: Oren Cytrynbaum        Phone: (305) 527-3365

**VEHICLE INFORMATION**

Number of cars to be parked here: 1        Driver License No.: L236500882141

Make: Benz   Model: GLC   Year: 2022   License Plate No. 95DDJU   State: FL

By Signing, the applicant recognizes that the Association may investigate the applicant and a full disclosure of pertinent facts may be to the association. The investigation may be made of the applicant's character, general reputation, personal characteristics, police arrest record and mode of living as applicable.

All pets must be pre approved and registered and pay a $1,000.00 deposit. Only one 50 pounds when fully grown in weight Will be allowed for registration.

Applicant Signature: _____        Date: 12/1/2024

Applicant Signature: _____        Date: _____