**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

**In re:** **Case No.: 24-21758-RAM**

**KARIM LAKHDAR,** **Chapter 11**

**Debtor.**

______________________________________/

**AGREED MOTION FOR A THIRTY DAY EXTENSION OF THE DEADLINES, INCLUDING MEET AND CONFER DEADLINE, SET FORTH IN THIS COURT'S ORDER GRANTING INPART DEBTOR'S MOTION FOR PROTECTIVE ORDER, AND GRANTING INPART NAARE LLC'S MOTION TO COMPEL**

Creditor, NAARE LLC ("Creditor" or "NAARE"), files this Agreed Motion for A Thirty Day Extension of the Deadlines Set forth in this Court's August 27, 2026 Order Granting in Part Debtor's Motion for Protective Order and Granting in Part NAARE'S Motion to Compel, [Dkt. No. 250] ('Discovery Order") including the September 10, 2026 meet and confer deadline and submission of proposed orders if no agreement is reached and states:

1. The Debtor and NAARE are currently in serious and thus far productive settlement negotiations and accordingly seek this thirty-day extension of the deadlines set forth in the Discovery Order, including the September 10, 2026 meet and confer deadline and submission of proposed orders, the September 30, 2026 deadline for production of documents by the Debtor, the October 9, 2026 deadline for the Debtor to appear for the 2004 Examination.

2. This Agreed Motion is made in the spirit of judicial economy and to save resources of the estate, NAARE and the Debtor based on a meaningful prospect of a resolution in the near future.

3. Based on the foregoing, NAARE respectfully requests that this Court grant the Motion for Extension of Deadlines in the Discovery Order for thirty days from the deadlines set

forth in the Order

**WHEREFORE**, Movant, NAARE LLC requests that this Court enter an order in the form attached hereto as Exhibit "A" granting its Agreed Motion for a Thirty Day Extension of the Deadlines Set forth in this Court's August 27, 2026 Order Granting in Part Debtor's Motion for Protective Order and Granting in Part NAARE'S Motion to Compel, [Dkt. No. 250] and such other and further relief this court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ***U.S. Mail and/or electronically via CM/ECF to all parties registered to receive electronic notice and as noted on the attached service list***, on this 4th day of September, 2026.

Dated: September 4, 2026

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
Counsel for Creditor NAARE, LLC
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 523-0900
E-mail: tabrams@tabramslaw.com

By: /s/ Thomas L. Abrams
Thomas L. Abrams, Esquire
Florida Bar No. 764329

**SERVICE LIST**

***Notice/Service via CM/ECF Electronic Mail***

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Thomas L Abrams on behalf of Creditor NAARE LLC
tabrams@tabramslaw.com,
fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com

Joel M. Aresty, Esq. on behalf of Interested Party New Era Capital Investments LLC
aresty@mac.com
Joel M. Aresty, Esq. on behalf of Interested Party Dennis Bedard
aresty@mac.com

Seth N Benes on behalf of Creditor Old Republic National Title Insurance Company
seth@lwlawfla.com, claudia@lwlawfla.com;Pleadings@lwlawfla.com

David Blansky on behalf of Creditor Executive Enterprises, Inc.
dblansky@moritthock.com, jthompson@moritthock.com

Angelena M Conant on behalf of Interested Party Jason Gordon
amrootesq@gmail.com, m.ar70464@notify.bestcase.com

Christopher J Edgerton on behalf of Debtor Karim Lakhdar
christophere@vanhornlawgroup.com

Michael B Green on behalf of Respondent Lake Sana Developments LLC
mgreen@gunster.com, tsimmons@gunster.com

Harris J. Koroglu on behalf of Creditor MN Invest Group, LLC
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com
Harris J. Koroglu on behalf of Creditor Pioneer Group Holdings, LLC
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com
Harris J. Koroglu on behalf of Creditor Dan Ainuz
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com

Gerard M Kouri Jr., Esq on behalf of Creditor Santander Consumer USA Inc. by its servicer Santander Bank, N.A.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Roniel Rodriguez, IV on behalf of Creditor Stuart R Kalb, Trustee
ron@rjrfirm.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Gavin N Stewart on behalf of Creditor Stewart Title Guaranty Company
bk@stewartlegalgroup.com

Chad T Van Horn on behalf of Debtor Karim Lakhdar
Chad@cvhlawgroup.com,
chad@cvhlawgroup.com,chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai

John Voss on behalf of Debtor Karim Lakhdar
johnv@cvhlawgroup.com

By: /s/ Thomas L. Abrams
Thomas L. Abrams, Esquire

**EXHIBIT**
**"A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

**In re:** **Case No.: 24-21758-RAM**

**KARIM LAKHDAR,** **Chapter 11**

**Debtor.**

_________________________________/

**ORDER GRANTING AGREED MOTION FOR A THIRTY DAY EXTENSION OF THE DEADLINES, INCLUDING MEET AND CONFER DEADLINE, SET FORTH IN THIS COURT'S ORDER GRANTING IN PART DEBTOR'S MOTION FOR PROTECTIVE ORDER, AND GRANTING INPART NAARE LLC'S MOTION TO COMPEL**

This Cause came before the Court upon Creditor, NAARE LLC's ("Creditor" or "NAARE"), Agreed Motion for a Thirty Day Extension of the Deadlines Set forth in this Court's August 27, 2026 Order Granting in Part Debtor's Motion for Protective Order and Granting in

Part NAARE'S Motion to Compel[Dkt.No.____], [Dkt. No. 250] ("Discovery Order") including the September 10, 2026, meet and confer deadline and submission of proposed orders if no agreement is reached, and the Court has considered the agreed Motion and is advised regarding the Motion and case, it is Ordered as follows:

1. NAARE'S Agreed Motion for A Thirty Day Extension of the Deadlines Set forth in this Court's August 27, 2026 Order Granting in Part Debtor's Motion for Protective Order and Granting in Part NAARE'S Motion to Compel, [Dkt. No. 250] ("Discovery Order") including the September 10, 2026, meet and confer deadline and submission of proposed orders if no agreement is reached, is Granted.

**2.** The Deadline for the meet and confer and submission of proposed orders set forth in paragraph 3 of this Court's Discovery Order is extended to **October 12, 2026.**

3. The Deadline for the Debtor to produce the required documents set forth in paragraph 4 of the Discovery Order is extended to **October 30, 2026 and** the deadline for the Debtor to Appear at the 2004 Examination set forth in paragraph 5 of the Discovery Order is extended to **November 9, 2026.**

###

**Submitted by:**
Thomas L. Abrams, Esq.
GAMBERG & ABRAMS
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 523-0900
E-mail: tabrams@tabramslaw.com
*Counsel for Creditor, NAARE, LLC*

Copy furnished to:
*Thomas L. Abrams, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.*