**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

**In re:** **Case No.: 24-21758-RAM**

**KARIM LAKHDAR,** **Chapter 11**

**Debtor.**

_____________________________________/

**NAARE LLC'S**
**AGREED MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE AND /OR DISCHARGEABILITY**

Creditor, NAARE LLC ("Creditor" or "NAARE"), files this its Agreed Motion for Extension of Deadline for NAARE to Object to Discharge and/or Dischargeability and states:

1. On July 20, 2026, this Court entered an Order establishing a deadline for NAARE LLC to object to Discharge and/or Dischargeability[Dkt No. 234]. The order was without prejudice to NAARE LLC seeking additional time. The deadline is currently September 15, 2026.

2. The Debtor and NAARE are presently in serious settlement negotiations and accordingly the extension will allow time and resources to be expended on resolution as opposed to litigation

3. Additionally, this Court also recently entered an Order as to the parameters of discovery. [Dkt No, 250]. The Debtor and NAARE, by separate Motion, are also requesting a thirty-day enlargement at to such order.

4. NAARE LLC requests a sixty-day extension of the deadline to object to discharge and/or dischargeability up until and through November 14, 2026. The Debtor is in agreement with the relief sought.

5. No party will be prejudiced by the granting of this Motion and it is made in good faith , not for undue delay and to preserve Court and the respective parties' resources.

**WHEREFORE**, Movant, NAARE LLC requests that this Court enter an order in the form attached hereto as Exhibit "A" granting its Agreed Motion for Extension of time for NAARE to Object to Discharge and /or Dischargeability pursuant to 11 USC 727, 11 USC 523 (a)(2)(4) or (6) or other applicable law and up until and through November 14, 2026 such other and further relief this court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via ***U.S. Mail and/or electronically via CM/ECF to all parties registered to receive electronic notice and as noted on the attached service list***, on this 4th day of September, 2026.

Dated: September 4, 2026

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
Counsel for Creditor NAARE, LLC
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33316
Telephone: (954) 523-0900
E-mail: tabrams@tabramslaw.com

By: /s/ Thomas L. Abrams
Thomas L. Abrams, Esquire
Florida Bar No. 764329

# SERVICE LIST

***Notice/Service via CM/ECF Electronic Mail***

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Thomas L Abrams on behalf of Creditor NAARE LLC
tabrams@tabramslaw.com,
fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com

Joel M. Aresty, Esq. on behalf of Interested Party New Era Capital Investments LLC
aresty@mac.com
Joel M. Aresty, Esq. on behalf of Interested Party Dennis Bedard
aresty@mac.com

Seth N Benes on behalf of Creditor Old Republic National Title Insurance Company
seth@lwlawfla.com, claudia@lwlawfla.com;Pleadings@lwlawfla.com

David Blansky on behalf of Creditor Executive Enterprises, Inc.
dblansky@moritthock.com, jthompson@moritthock.com

Angelena M Conant on behalf of Interested Party Jason Gordon
amrootesq@gmail.com, m.ar70464@notify.bestcase.com

Christopher J Edgerton on behalf of Debtor Karim Lakhdar
christophere@vanhornlawgroup.com

Michael B Green on behalf of Respondent Lake Sana Developments LLC
mgreen@gunster.com, tsimmons@gunster.com

Harris J. Koroglu on behalf of Creditor MN Invest Group, LLC
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com
Harris J. Koroglu on behalf of Creditor Pioneer Group Holdings, LLC
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com
Harris J. Koroglu on behalf of Creditor Dan Ainuz
hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com

Gerard M Kouri Jr., Esq on behalf of Creditor Santander Consumer USA Inc. by its servicer Santander Bank, N.A.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Roniel Rodriguez, IV on behalf of Creditor Stuart R Kalb, Trustee
ron@rjrfirm.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Gavin N Stewart on behalf of Creditor Stewart Title Guaranty Company
bk@stewartlegalgroup.com

Chad T Van Horn on behalf of Debtor Karim Lakhdar
Chad@cvhlawgroup.com,
chad@cvhlawgroup.com,chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai

John Voss on behalf of Debtor Karim Lakhdar
johnv@cvhlawgroup.com

By: /s/ Thomas L. Abrams
Thomas L. Abrams, Esquire

**EXHIBIT**
**“A’**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

**In re:** **Case No.: 24-21758-RAM**

**KARIM LAKHDAR,** **Chapter 11**

**Debtor.**

_______________________________________/

**ORDER GRANTING NAARE LLC'S**
**AGREED MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE AND /OR DISCHARGEABILITY**

This Cause came before the Court upon Creditor, NAARE LLC ("Creditor" or "NAARE") Agreed Motion for Extension of Deadline for NAARE to Object to Discharge and/or Dischargeability [Dkt. No. ] and the Court has considered the Motion and is otherwise

informed as to the case and the Debtor's agreement with the relief sought, it is Ordered as follows:

1. NAARE LLC's Motion to extend the deadline to object to discharge and/or dischargeability for sixty-days up until and through **November 14, 2026.**

###

**Submitted by:**
Thomas L. Abrams, Esq.
GAMBERG & ABRAMS
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 523-0900
E-mail: tabrams@tabramslaw.com
*Counsel for Creditor, NAARE, LLC*

Copy furnished to:
*Thomas L. Abrams, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.*