**ORDERED in the Southern District of Florida on September 8, 2026.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

**In re:** **Case No.: 24-21758-RAM**

**KARIM LAKHDAR,** **Chapter 11**

**Debtor.**

_________________________________/

**ORDER GRANTING AGREED MOTION FOR A THIRTY DAY EXTENSION OF THE DEADLINES, INCLUDING MEET AND CONFER DEADLINE, SET FORTH IN THIS COURT'S ORDER GRANTING IN PART DEBTOR'S MOTION FOR PROTECTIVE ORDER, AND GRANTING INPART NAARE LLC'S MOTION TO COMPEL**

This Cause came before the Court upon Creditor, NAARE LLC's ("Creditor" or "NAARE"), Agreed Motion for a Thirty Day Extension of the Deadlines Set forth in this Court's August 27, 2026 Order Granting in Part Debtor's Motion for Protective Order and Granting in

Part NAARE'S Motion to Compel[Dkt.No.253], [Dkt. No. 250] ("Discovery Order") including the September 10, 2026, meet and confer deadline and submission of proposed orders if no agreement is reached, and the Court has considered the agreed Motion and is advised regarding the Motion and case, it is Ordered as follows:

1. NAARE'S Agreed Motion for A Thirty Day Extension of the Deadlines Set forth in this Court's August 27, 2026 Order Granting in Part Debtor's Motion for Protective Order and Granting in Part NAARE'S Motion to Compel, [Dkt. No. 250] ("Discovery Order") including the September 10, 2026, meet and confer deadline and submission of proposed orders if no agreement is reached, is Granted.

**2.** The Deadline for the meet and confer and submission of proposed orders set forth in paragraph 3 of this Court's Discovery Order is extended to **October 12, 2026.**

3. The Deadline for the Debtor to produce the required documents set forth in paragraph 4 of the Discovery Order is extended to **October 30, 2026 and** the deadline for the Debtor to Appear at the 2004 Examination set forth in paragraph 5 of the Discovery Order is extended to **November 9, 2026.**

###

**Submitted by:**
Thomas L. Abrams, Esq.
GAMBERG & ABRAMS
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 523-0900
E-mail: tabrams@tabramslaw.com
*Counsel for Creditor, NAARE, LLC*

Copy furnished to:
*Thomas L. Abrams, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.*