**ORDERED in the Southern District of Florida on October 13, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

KARIM LAKHDAR,

Case No. 24-21758-RAM
Chapter 11

Debtor-in-possession
_______________________________________/

**ORDER GRANTING DEBTOR'S AGREED MOTION FOR A FURTHER SIXTY-DAY EXTENSION OF NAARE LLC'S DEADLINE TO OBJECT TO DISCHARGE AND/OR DISCHARGEABILITY**

THIS CAUSE came before the Court, without a hearing, upon the *Debtor's Agreed Motion For A Further Sixty-Day Extension Of NAARE LLC's Deadline To Object To Discharge And/Or Dischargeability* (Dkt. No. 273). The Court having considered the Motion, noting the agreement of Creditor NAARE LLC, finds that good cause exists to grant the Motion, it is **ORDERED** as follows.:

1. The Motion (Dkt. No. 273) is **GRANTED.**

2. The deadline for NAARE LLC to object to the Debtor's discharge and/or the dischargeability of any debt, as previously extended by the Court's Order (Dkt. No. 256), is extended through and including **Wednesday, January 13, 2027.**

###

Submitted by:

Christopher J. Edgerton, Esq.
Florida Bar No. 1044164
**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: christophere@vanhornlawgroup.com

*Christopher J. Edgerton, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 9036-2.*